# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4762
_____

GERARDO MARTINEZ-SEGURA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

May 2, 2019

PER CURIAM.

Gerardo Martinez-Segura appeals an order summarily denying his rule 3.850 motion. Consistent with the State's concession, we reverse in part. The trial court erred in summarily denying as to grounds four and five, which alleged ineffective assistance of counsel based on counsel's advice (or lack of advice) regarding the deportation consequences of Martinez-Segura's plea. On remand, the trial court must either attach records conclusively refuting these allegations or hold an evidentiary hearing. As to the remaining grounds, we affirm.

AFFIRMED in part and REVERSED in part.

ROWE, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Gerardo Martinez-Segura, pro se, Appellant.

Ashley Moody, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.